UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

**IN RE:**
**Matthew Shirak**                                                     Case No. 09-49047-TJT
**Kimberly Shirak,**                                     Honorable Thomas J. Tucker
                    **Debtors.**                                    Chapter 13
_____/

ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case. Attorney fees shall be paid as follows: $1500 in the first disbursement and at least $500.00 thereafter until paid in full.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

   X Ford Motor Credit shall have a Class 5 claim in the amount of $3,500.00 at 6% interest on the 2002 Mazda 626. Ford shall not be required to file an amended proof of claim pursuant to LBR 4001-6.

   X Ongoing child support shall continue to be paid directly by the Debtor.

   X Creditors' right to object to the plan as last amended shall be preserved until June 14, 2009.

   X The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

| APPROVED | Objections Withdrawn |
|---|---|
| /s/ Tammy L. Terry | /s/ Suzy M. Sidote |
| TAMMY L. TERRY (P46254) <br> Chapter 13 Trustee <br> 535 Griswold Street <br> 2100 Buhl Building <br> Detroit, MI 48226 <br> 313-967-9857 <br><br> terry.orders@det13.net <br> **DEBTOR ATTORNEY** | For Creditor: FMCC <br><br> Objections Withdrawn <br><br> Lisa Evans |
|  | For Creditor: MERS, BAC Home Loans Servicing |

/s/ Melissa D. Francis, Esq.
Melissa D. Francis, Esq. (P61495)
Marrs & Terry PLLC
6553 Jackson Rd.
Ann Arbor, MI 48103
734-663-0555
marrsandterry@yahoo.com

.

Signed on June 19, 2009

                                                                                          /s/ Thomas J. Tucker

Thomas J. Tucker  
United States Bankruptcy Judge